UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEESHAN RANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN SMITH LLC D/B/A DOMINO'S PIZZA, CLIFTON W. DUNN, and ANA C. RODRIQUEZ,<br><br>Defendants. | Civil Action No. 2:23-cv-00571-JXN-JSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Zeeshan Rana and Defendants Seven Smith LLC d/b/a Domino's Pizza, Clifton W. Dunn, and Ana C. Rodriquez, by and through the undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing their own attorneys' fees, costs, and expenses.

McOMBER, McOMBER & LUBER, P.C.
*Attorneys for Plaintiff*

BY: _____
CHARLES J. KOCHER
39 East Main Street
Marlton, New Jersey 08053
856.985.9800
cjk@njlegal.com

Dated: April __, 2023

May 16, 2023

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Defendants*

BY: _____
MARGARET WOOD
105 Eisenhower Parkway
Roseland, New Jersey 07068
973.530.2063
mwood@csglaw.com

Dated: April 19, 2023

So ORDERED on 5/17/2023:

_____
JULIEN XAVIER NEALS
United States District Judge

4871-4063-4206.v1